UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. BROOKS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>HECTOR RIOS,<br><br>　　　　Respondent.<br>_____/ | 1:09-cv-00039-DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

　　IT IS SO ORDERED.

　　**Dated:　February 19, 2009**　　　　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE